IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON GARTNER, and CRISTAL GARTNER,<br><br>Plaintiffs,<br><br>vs.<br><br>KTM NORTH AMERICA, INC., HITACHI ASTEMO, LTD., HITACHI ASTEMO INDIANA, INC., and 2-SCHMIDT INVESTMENTS, LLC,<br><br>Defendants. | **8:26CV167**<br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the Court after a review of the docket and pursuant to NECivR 41.2, which states: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiffs filed the complaint on April 15, 2026 naming Hitachi Astemo, Ltd. f/k/a Keihin Corporation ("Hitachi") as a defendant. Filing No. 1. Hitachi is allegedly a foreign corporation headquartered in Toyko, Japan. *Id.* Plaintiffs have not filed a return of service indicating service on Hitachi, and Hitachi has not voluntarily appeared. Upon review of the docket, it is unclear whether Plaintiffs have made any attempts to serve Hitachi.

Accordingly,

IT IS ORDERED that Plaintiffs shall have until October 29, 2026 to show cause why their claims against Hitachi should not be dismissed pursuant to

NECivR 41.2 for want of prosecution. The failure to timely comply with this Order may result in dismissal of the claims against Hitachi without further notice.

Dated this 29th day of September, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge